# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| COMMUNITY HEALTH GROUP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.07-0744-CV-W-FJG |
| | ) | |
| CAROL L. WINTEROWD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Presently before the court is Plaintiffs' Motion for Temporary Restraining Order and to Show Cause Why Preliminary Injunction Should Not Issue. (Doc. No. 2). Plaintiffs have not notified or served defendant in this matter. Plaintiffs, instead, move the court for an order, without written or oral notice to defendant, restraining defendant in regard to certain funds. Plaintiffs have not met their burden of showing that such order is warranted, and their present motion (Doc. No. 2) is DENIED. *See Fed. R. Civ. P. 65.*

Further, after service of process upon defendant, plaintiffs shall mail a copy of this Order to Carol L. Winterowd or her counsel, by first class mail and certified mail, return receipt requested, and shall so notify the court.

Date: 10/10/07  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge